[See 58 Fed. 33.]

---

## Case No. 11,679.

### The REINDEER.

[See Case No. 16,145.]

---

## Case No. 11,680.

### The REINDEER.

[Blatchf. Pr. Cas. 241.] [1]

District Court, S. D. New York. Oct., 1862.

#### PRIZE—VIOLATION OF BLOCKADE.

Vessel and cargo condemned as enemy property.

In admiralty.

BETTS, District Judge. This vessel and cargo were captured, July 15, 1862, in Aransas Bay, Texas, by the United States bark Arthur. The cargo was transmitted to this port for adjudication, and the marshal returns to the monition which was issued on filing a libel against the prize October 1, 1862. that it was served by attaching the cargo and delivering the vessel to the United States government October 21, 1862. The vessel and cargo were owned by residents in Texas, and

---

[1] [Reported by Samuel Blatchford, Esq.]

were captured in Aransas Bay. Due proclamation and default were made on the return of the monition, and no claim or answer has been interposed. There must be judgment of condemnation by default against vessel and cargo, and for their confiscation as enemy property.

## Case No. 11,681.

### The REINDEER.

### [Blatchf. Pr. Cas. 330.] [1]

District Court, S. D. New York. March 17, 1863.

#### PRIZE—VIOLATION OF BLOCKADE.

Vessel and cargo condemned as enemy property, and for a violation of the blockade.